# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0536

VERSUS

ANDRE THOMAS

**AUGUST 17, 2020**

---

In Re:    Andre  Thomas,  applying  for  supervisory  writs,  19th
          Judicial  District  Court,  Parish  of  East  Baton  Rouge,
          No. 04-18-0599.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED AS MOOT.**   The  records  of  the  East  Baton  Rouge
Parish  Clerk  of  Court's  Office  reflect  that  the  district  court
acted  on  relator's  motion  to  quash  on  June 25, 2020.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT